UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LAGENDYK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. RUCKER, TIMOTHY CLAYTON, and TILE SHOP HOLDINGS, INC.,<br><br>Defendants. | Civil Action No. 1:13-cv-08160-KPF<br><br><u>CLASS ACTION</u> |
| CRAIG PUERTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TILE SHOP HOLDINGS, INC., ROBERT A. RUCKER, THE TILE SHOP, INC., TIMOTHY C. CLAYTON, PETER J. JACULLO III, JWTS, INC., PETER H. KAMIN, TODD KRASNOW, ADAM L. SUTTIN, and WILLIAM E. WATTS,<br><br>Defendants. | Civil Action No. 1:13-cv-08331-KPF<br><br><u>CLASS ACTION</u> |

**NOTICE OF STRIKING DOCKET ENTRY NO. 25**

Proposed lead plaintiff Beaver County Employees' Retirement Fund, Erie County Employees Retirement System, and Luc De Wulf (collectively, the "Tile Shop Investors") hereby give notice of striking Docket Entry No. 25 which was inadvertently filed as a Reply. The Tile Shop Investors' Memorandum of Law in Further Support of Their Motion for Appointment as Lead Plaintiff is now properly filed as Docket Entry No. 26.

| | |
|---|---|
| DATED:  February 3, 2014 | **ROBBINS GELLER RUDMAN  & DOWD LLP**<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br><br>*/s/  David A. Rosenfeld*<br>DAVID A. ROSENFELD<br><br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com<br><br>**ROBBINS GELLER RUDMAN  & DOWD LLP**<br>PAUL J. GELLER<br>DOUGLAS WILENS<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br>pgeller@rgrdlaw.com<br>dwilens@rgrdlaw.com<br><br>**KESSLER TOPAZ MELTZER &  CHECK, LLP**<br>SEAN M. HANDLER<br>NAUMON A. AMJED<br>RYAN T. DEGNAN<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610/667-7706<br>610/667-7056 (fax)<br>shandler@ktmc.com<br>namjed@ktmc.com<br>rdegnan@ktmc.com<br><br>*[Proposed] Co-Lead Counsel for Lead Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 23, 2014, I caused the foregoing to be filed with the Court using its CM/ECF system, which will send electronic notice of the same to all counsel of record registered to receive notices.

*/s/ David A. Rosenfeld*
David A. Rosenfeld