MEMO ENDORSED

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/13/2014

WENDY J. WILDUNG
WWildung@faegre.com
(612) 766-7759

February 12, 2014

BY ECF AND EMAIL (Failla_NYSDChambers@nysd.uscourts.gov)

The Honorable Katherine Polk Failla
U.S. District Judge
U.S. District Court, Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re:    Puerta v. Tile Shop Holdings, Inc., et al. (File No. 13-Civ-8331);
              Lagendyk v. Rucker, et al. (File No. 13-Civ-8160)

Dear Judge Failla:

      This letter memorializes the Court's consent that the undersigned attend by telephone the conference scheduled by the Court for tomorrow, February 13, 2014, in the above-mentioned actions. The Court graciously granted this request by telephone earlier today on the basis that inclement weather will likely foreclose my ability to travel to (and from) New York City tomorrow. As my Associate, Justin Krypel, also represented to Your Honor, Plaintiffs' counsel Stuart Rudman indicated in a call this morning that he would not oppose a request by me to appear for the conference by telephone. Indeed, Mr. Rudman suggested that I make this request. Defendants will also be represented in person at the conference by Greg Shinall.

      I thank the Court for its flexibility in this matter and look forward to the conference tomorrow.

Very truly yours,

*/s/ Wendy J. Wildung*
Wendy J. Wildung

WJW:jpk
dms.us.53650295.01

Application GRANTED.

Dated: February 13, 2014
       New York, New York

SO ORDERED.

*/s/ Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE